IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 3:13-00063-3 |
| | ) | Chief Judge Haynes |
| Plaintiff, | ) | |
| | ) | *Expedited Consideration Requested* |
| vs. | ) | |
| ADRIAN FRANKLIN, | ) | |
| Defendant. | ) | |

## MOTION TO RESET CHANGE OF PLEA

[Handwritten annotation: OWEN / [illegible] / GRANTED. The hearing is reset for November 18, 2013 at 10:00 a.m. [signature] 10-25-13]

**COMES NOW** Defendant **Adrian Franklin**, by and through undersigned counsel, and hereby moves this Court to reset the Change of Plea Hearing, currently scheduled for November 18, 2013, at 2:30 pm, to **November 18, 2013, early in the morning.**

Defendant has previously filed a Motion to Set Change of Plea. In the Motion, Defendant and Prosecutor proposed to set Change of Plea Hearing **early in the morning of November 18, 2013.** The reason for this request is that undersigned counsel and Defendant will be flying from Phoenix, Arizona, solely for the purpose of appearing for a Change of Plea Hearing. An early morning Hearing will allow undersigned counsel and Defendant to meet the requirements of a 3:00 pm direct flight back to Phoenix.

THEREFORE, it is respectfully requested this Court reset the Change of Plea Hearing for **November 18, 2013, early in the morning.**

Page 1 of 2