IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 3:13-00063-3 |
| | ) | Chief Judge Haynes |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | *Expedited Consideration Requested* |
| | ) | |
| ADRIAN FRANKLIN, | ) | |
| | ) | |
| Defendant. | ) | |

[Handwritten order: ORDER. The current did not required a BOP prison. This motion is DENIED for this reason. /s/ [Judge] 6-16-14]

**DEFENDANT'S MOTION TO MOFIDY TERMS OF PROBATION**

COMES NOW Defendant **Adrian Franklin**, by and through undersigned counsel, and pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, hereby moves this Honorable Court for the entry of an Order modifying the conditions of probation imposed by this Court on June 6, 2014. Furthermore, Defendant informs this Court that he is hereby waiving his right to a Hearing in this matter.

Defendant was sentenced on June 6, 2014. Mr. Franklin was committed to the United States Bureau of Prisons to be imprisoned for a term of time served. In addition, Defendant was placed on supervised release for a term of three (3) years. Finally, Mr. Franklin was ordered to reside in a halfway house for a period of ten (10) months, during which time he shall be incarcerated "in a local prison facility on weekends."

Page 1 of 3