IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No: 3:13-00063-3 |
|---|---|---|
| | ) | **Chief Judge Haynes** |
| Plaintiff, | ) | |
| vs. | ) | |
| ADRIAN FRANKLIN, | ) | |
| Defendant. | ) | |

**ORDER OF CONFINEMENT**

Pursuant to this Court's Judgment Order entered on June 10, 2014;

**IT IS HEREBY ORDERED** Defendant shall self surrender to a local prison facility for weekend detention on Saturday July 5, 2014 at 12:00 pm and he shall be released at 6:00 pm on Sunday July 6, 2014.

Signed this 30th day of June, 2014.

_____
Honorable Judge
United States District Court
Middle District of Tennessee